[DO NOT PUBLISH]


IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14923
Non-Argument Calendar
_____

D.C. Docket No. 1:17-cr-20218-UU-2


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DION ROBINSON,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 26, 2019)

Before TJOFLAT, JORDAN, and BRANCH, Circuit Judges.

PER CURIAM:

Silvia Piñera-Vazquez, appointed counsel for Dion Robinson in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Robinson's convictions and sentences are **AFFIRMED**.

JORDAN, Circuit Judge, concurring.

I concur in the panel's order.  In my view, there is an arguable issue as to whether the 1989 and 1993 convictions under the pre-1993 version of Fla. Stat. § 893.13 qualify as predicate felonies under the Armed Career Criminal Act.  But to the extent there was any error, Mr. Robinson invited it by executing a plea agreement in which he agreed that he faced a minimum 15-year ACCA sentence and by agreeing at sentencing that his convictions constituted ACCA predicates.